UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN D. JONES, | : | Case No. 1:18-cv-694 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

# ORDER

This civil action is before the Court on the parties' joint stipulation to award attorney's fees under the Equal Access to Justice Act. (Doc. 19). For good cause shown and pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the Court hereby awards $1,615.00 in attorney fees and $400.00 in costs payable to Plaintiff.

**IT IS SO ORDERED.**

Date: 2/19/2020

*Timothy S. Black*
Timothy S. Black
United States District Judge